| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Haines, Randolph J. | 2. Court or Organization  UNITED STATES BANKRUPTCY COURT | 3. Date of Report  06/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |
| 7. Chambers or Office Address  230 North First Avenue  Suite 101  Phoenix, AZ 85003 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Large Munsterlander Club of North America |
| 2. | Adjunct Faculty | Sandra Day O'Connor College of Law (fka Arizona State University College of Law) |
| 3. | President | |
| 4. | Director | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Sandra Day O'Connor College of Law (teaching) | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Norton Bankruptcy Institute | 2/25/11 - 2/27/11 | Park City, UT | Speaking at conference | Transportation, meals, and lodging |
| 2. | Norton Bankruptcy Institute | 3/30/11 - 4/1/11 | Las Vegas, NV | Speaking at conference | Transportation, meals, and lodging |
| 3. | Norton Bankruptcy Institute | 6/23/11 - 6/28/11 | Jackson Hole, WY | Speaking at conference | Transportation, meals, and lodging |
| 4. | National Conference of Bankruptcy for Judges | 10/12/11 - 10/15/11 | Tampa, FL | Attend Conference | Transportation, meals, and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --IRA #1 | E | Distribution | N | T | | | | | |
| 2. --IQ Canada Small Cap ETF - CNDA | | | | | Buy | 02/22/11 | K | | |
| 3. -- | | | | | Sold (part) | 04/25/11 | J | | |
| 4. -- | | | | | Sold (part) | 06/07/11 | J | | |
| 5. -- | | | | | Sold | 06/16/11 | J | | |
| 6. --Calvert FD High Yield - CYBAX | B | Dividend | | | Sold | 08/08/11 | L | A | |
| 7. --Powershares DB Precious Metals - DBP | | | | | Buy | 08/08/11 | K | | |
| 8. -- | | | | | Buy (add'l) | 08/22/11 | J | | |
| 9. -- | | | | | Sold | 08/24/11 | K | A | |
| 10. --Doubleline Total Return Bond - DLTNX | A | Dividend | | | Buy | 08/23/11 | K | | |
| 11. -- | | | | | Sold | 11/08/11 | K | | |
| 12. --Proshares Short MSCI EAFE - EFZ | | | | | Buy | 08/08/11 | K | | |
| 13. -- | | | | | Buy (add'l) | 08/22/11 | J | | |
| 14. -- | | | | | Sold | 08/31/11 | K | | |
| 15. -- | | | | | Buy | 09/13/11 | J | | |
| 16. -- | | | | | Sold | 11/02/11 | J | | |
| 17. --IShares MSCI All Peru CapEnd Index FD - EPU | A | Dividend | | | Sold | 01/25/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --IShares MSCI Mexico - EWW | | | | | Buy | 02/10/11 | J | | |
| 19. -- | | | | | Sold | 02/23/11 | J | | |
| 20. --IShares MSCI South Korea - EWY | | | | | Buy | 01/10/11 | J | | |
| 21. -- | | | | | Sold | 03/21/11 | J | | |
| 22. --First Trust DJ Internet - FDN | A | Dividend | | | Buy | 01/04/11 | J | | |
| 23. -- | | | | | Buy (add'l) | 02/25/11 | J | | |
| 24. -- | | | | | Sold (part) | 06/09/11 | J | A | |
| 25. -- | | | | | Sold | 08/05/11 | K | B | |
| 26. --Market Vectors Junior Gold Miners ETF - GDXJ | | | | | Buy | 01/04/11 | J | | |
| 27. -- | | | | | Buy (add'l) | 01/12/11 | J | | |
| 28. -- | | | | | Sold | 01/24/11 | K | | |
| 29. --SPDR Gold TR Gold Shares ETF - GLD | | | K | T | Buy | 06/09/11 | K | | |
| 30. -- | | | | | Sold | 08/24/11 | K | C | |
| 31. -- | | | | | Buy | 10/26/11 | K | | |
| 32. -- | | | | | Sold (part) | 12/20/11 | J | | |
| 33. --SPDR S&P Rmerging Europe ETF - GUR | A | Dividend | | | Buy | 01/28/11 | J | | |
| 34. -- | | | | | Sold | 08/18/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Global X Interbolsa FTSE Colimbia - GXG | A | Dividend | | | Sold | 02/03/11 | K | | |
| 36. --ICON Funds Consumer Discretionary - ICCCX | | | | | Buy | 05/18/11 | K | | |
| 37. -- | | | | | Sold (part) | 06/07/11 | J | | |
| 38. -- | | | | | Sold | 06/13/11 | J | | |
| 39. --TDAM U.S. Govt. Money Mkt - IDA12 | A | Int./Div. | M | T | | | | | |
| 40. --Market Vectors Indonesia Index ETF - IDX | | | | | Buy | 01/12/11 | J | | |
| 41. -- | | | | | Sold | 02/17/11 | K | | |
| 42. --IShares DJ US Oil & Equip - IEZ | A | Dividend | | | Buy | 01/10/11 | K | | |
| 43. -- | | | | | Sold | 05/16/11 | K | C | |
| 44. --IShares DJ US Pharma Index - IHE | | | | | Buy | 07/07/11 | K | | |
| 45. -- | | | | | Sold | 08/04/11 | K | | |
| 46. --IShares DJ US Industrial Sector - IYJ | A | Dividend | | | Buy | 02/17/11 | K | | |
| 47. -- | | | | | Buy (add'l) | 02/25/11 | J | | |
| 48. -- | | | | | Sold | 05/25/11 | K | | |
| 49. --Barclays Banks PLC IPath DJ UBS AGRI Total Return - JJA | | | | | Buy | 01/04/11 | J | | |
| 50. -- | | | | | Sold | 02/22/11 | K | B | |
| 51. --Barclays Banks PLC IPath DJ UBS SOFTS Total Return - JJS | | | | | Buy | 02/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Sold | 05/16/11 | J | | |
| 53. --Market Vectors Coal ETF - KOL | | | | | Buy | 04/13/11 | K | | |
| 54. -- | | | | | Sold (part) | 04/25/11 | J | A | |
| 55. -- | | | | | Sold | 05/16/11 | K | | |
| 56. --Metro West FDS High Yield FD - MWHYX | A | Dividend | | | Buy | 10/27/11 | L | | |
| 57. -- | | | | | Sold | 11/23/11 | K | | |
| 58. --ProShares Short MidCap 400 - MYY | | | | | Buy | 08/08/11 | K | | |
| 59. -- | | | | | Sold | 08/30/11 | K | | |
| 60. --Columbia MGMT CONV SEC - PACIX | A | Dividend | | | Buy | 01/10/11 | K | | |
| 61. -- | | | | | Buy (add'l) | 02/25/11 | J | | |
| 62. -- | | | | | Buy (add'l) | 05/31/11 | J | | |
| 63. -- | | | | | Sold (part) | 06/10/11 | K | A | |
| 64. -- | | | | | Sold | 06/13/11 | K | | |
| 65. --PIMCO GNMA A - PAGNX | A | Dividend | | | Buy | 10/12/11 | K | | |
| 66. -- | | | | | Sold | 10/26/11 | K | A | |
| 67. --PIMCO Real Return BD FD Admin - PARRX | A | Dividend | | | Buy | 09/02/11 | K | | |
| 68. -- | | | | | Sold | 10/24/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --PIMCO Funds Commodity/Real Return - Strat A - PCRAX | | | | | Buy | 03/23/11 | K | | |
| 70. -- | | | | | Sold | 05/17/11 | K | | |
| 71. --PIMCO FDS Real Est Real Return Strat FD - PETAX | B | Dividend | K | T | Buy | 11/11/11 | K | | |
| 72. --Powershares Pharmaceuticals Port - PJP | A | Dividend | J | T | Buy | 11/04/11 | J | | |
| 73. -- | | | | | Sold (part) | 12/20/11 | J | A | |
| 74. --Powershares ETF - PKOL | A | Dividend | | | Buy (add'l) | 01/04/11 | J | | |
| 75. -- | | | | | Buy (add'l) | 02/11/11 | J | | |
| 76. -- | | | | | Sold | 04/06/11 | K | A | |
| 77. --Price T Rowe Health Sciences Com - PRHSX | | | | | Buy | 05/18/11 | K | | |
| 78. -- | | | | | Sold | 11/04/11 | K | | |
| 79. --Powershares S&P Small Cap Energy Port - PSCE | | | | | Buy | 04/20/11 | K | | |
| 80. -- | | | | | Sold | 05/17/11 | K | | |
| 81. --Powershares Semiconductors Port - PSI | | | | | Buy | 01/26/11 | J | | |
| 82. -- | | | | | Sold | 04/20/11 | J | A | |
| 83. --SPDR S&P Russia ETF - RBL | A | Dividend | | | Buy | 03/04/11 | J | | |
| 84. -- | | | | | Sold | 08/18/11 | J | | |
| 85. --RYDEX ETF - RSP | A | Dividend | | | Buy | 08/31/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- | | | | | Sold | 09/22/11 | K | | |
| 87. --Proshares Short Russell 2000 - RWM | | | | | Buy | 09/22/11 | K | | |
| 88. -- | | | | | Sold | 10/12/11 | K | | |
| 89. --SPDR DOW Jones REIT EFT - RWR | A | Dividend | | | Buy | 05/25/11 | K | | |
| 90. -- | | | | | Sold | 09/22/11 | K | | |
| 91. --LEGG Mason Western Asset Strat Income - SDSAX | B | Dividend | | | Sold | 01/05/11 | L | B | |
| 92. -- | | | | | Buy | 06/06/11 | L | | |
| 93. -- | | | | | Sold | 10/11/11 | L | | |
| 94. --Proshares Short Financials ETF - SEF | | | | | Buy | 08/05/11 | J | | |
| 95. -- | | | | | Buy (add'l) | 08/08/11 | J | | |
| 96. -- | | | | | Buy (add'l) | 08/22/11 | J | | |
| 97. -- | | | | | Sold (part) | 08/31/11 | J | | |
| 98. -- | | | | | Sold | 10/21/11 | J | | |
| 99. --RYDEX/SGI FDS High Yield - SIHAX | C | Dividend | K | T | Buy | 10/24/11 | L | | |
| 100. --Pioneer Funds High Yield FD CL A - TAHYX | A | Dividend | | | Buy | 01/12/11 | J | | |
| 101. -- | | | | | Buy (add'l) | 02/25/11 | K | | |
| 102. -- | | | | | Buy (add'l) | 05/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- | | | | | Sold | 06/03/11 | L | A | |
| 104. --IShares MSCI Thailand Index Fund - THD | | | | | Sold | 01/24/11 | K | | |
| 105. --Touchstone FDS High Yield CL A - THYAX | A | Dividend | L | T | Buy | 11/11/11 | L | | |
| 106. --DWS INSTL FDS Global Inflation Plus - TIPAX | B | Dividend | K | T | Buy | 06/30/11 | K | | |
| 107. -- | | | | | Buy (add'l) | 09/23/11 | J | | |
| 108. -- | | | | | Buy (add'l) | 12/13/11 | J | | |
| 109. --IShares MSCI Turkey Index Fund - TUR | | | | | Sold | 01/07/11 | K | A | |
| 110. --USAA MUT FD INC High Yield OPPS - USHYX | B | Dividend | | | Sold (part) | 06/10/11 | J | A | |
| 111. -- | | | | | Sold | 06/22/11 | L | B | |
| 112. --Vanguard Info Tech Index - VGT | A | Dividend | K | T | Buy | 10/18/11 | J | | |
| 113. -- | | | | | Buy (add'l) | 10/26/11 | K | | |
| 114. -- | | | | | Sold (part) | 11/28/11 | K | | |
| 115. --AMEX SPDR Energy Select Index - XLE | | | | | Buy | 11/17/11 | J | | |
| 116. -- | | | | | Sold | 11/23/11 | J | | |
| 117. --AMEX SPDR Utilities Select Index - XLU | A | Dividend | J | T | Buy | 10/12/11 | K | | |
| 118. -- | | | | | Sold (part) | 12/20/11 | J | A | |
| 119. --SPDR S&P Retail ETF - XRT | A | Dividend | K | T | Buy | 10/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --BNP Paribas SA VR - 05567LYP6 | A | Int./Div. | | | Sold | 06/16/11 | K | | |
| 121. --Morgan Stanley Dean Witter Range ACRUL - 61745EW23 | B | Int./Div. | K | T | Buy | 06/21/11 | K | | |
| 122. | | | | | | | | | |
| 123. --IRA #2 | A | Dividend | J | T | | | | | |
| 124. --Calvert FD High Yield BD - CYBAX | A | Dividend | | | Sold | 08/08/11 | J | A | |
| 125. --Doubleline Total Return Bond - DLTNX | A | Dividend | | | Buy | 08/23/11 | J | | |
| 126. -- | | | | | Sold | 11/08/11 | J | | |
| 127. --TDAM U.S. Govt. Money Mkt - IDA12 | A | Dividend | J | T | | | | | |
| 128. --Metro West FDS High Yield FD CL M - MWHYX | A | Dividend | | | Buy | 10/27/11 | J | | |
| 129. -- | | | | | Sold | 11/23/11 | J | | |
| 130. --Columbia Mgmt Conv Sec - PACIX | A | Dividend | | | Buy | 01/10/11 | J | | |
| 131. -- | | | | | Sold (part) | 06/10/11 | J | A | |
| 132. -- | | | | | Sold | 06/13/11 | J | | |
| 133. --PIMCO GNMA - PAGNX | A | Dividend | | | Buy | 10/12/11 | J | | |
| 134. -- | | | | | Sold | 10/26/11 | J | A | |
| 135. --PIMCO Real Return BD FD Admin - PARRX | A | Dividend | | | Buy | 09/02/11 | J | | |
| 136. -- | | | | | Sold | 10/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --LEGG Mason Western Asset Strategic Income - SDSAX | A | Dividend | | | Sold | 01/05/11 | J | | |
| 138. -- | | | | | Buy | 06/10/11 | J | | |
| 139. -- | | | | | Sold | 10/11/11 | J | | |
| 140. --Rydex/SGI FDS High Yield - SIHAX | A | Dividend | J | T | Buy | 10/24/11 | J | | |
| 141. --Pioneer Funds High Yield FD CL A - TAHYX | A | Dividend | | | Sold | 06/09/11 | J | A | |
| 142. --Touchstone FDS High YLD CL A - THYAX | A | Dividend | J | T | Buy | 11/11/11 | J | | |
| 143. --DWS Instl FDS Global Inflation Plus - TIPAX | A | Dividend | J | T | Buy | 06/30/11 | J | | |
| 144. -- | | | | | Buy (add'l) | 12/13/11 | J | | |
| 145. --USAA Mut FD Inc High Yield Opps - USHYX | A | Dividend | | | Sold | 06/22/11 | J | A | |
| 146. | | | | | | | | | |
| 147. --Wells Fargo Bank | A | Interest | J | T | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 06/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____/s Randolph J. Haines_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544